FILED
FEB 24 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 11-30030-GPM |
| vs. ) | |
| ) | Title 18, United States Code, |
| GARY JAMES SMITH, ) | Sections 876(c) and 1038(a)(1) |
| ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

**COUNT 1 - Mailing a Threatening Communication**

On or about June 19, 2010, in Madison County, within the Southern District of Illinois,

**GARY JAMES SMITH**,

defendant, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication, postmarked on or about June 19, 2010, addressed to a family in Livingston, Madison County, Illinois 62058, and containing a whitish, granular substance and a threat to injure the addressee or another person, specifically: "YOUR HANDS ARE ON FIRE," "YOU NOW HAVE A DECEASE [sic]," and "GO TO THE HOSPITAL NOW"; all in violation of Title 18, United States Code, Section 876(c).

**COUNT 2 - Making a False Threat**

On or about June 19, 2010, in Madison County, within the Southern District of Illinois,

**GARY JAMES SMITH**,

defendant, did intentionally convey false and misleading information, under the circumstances where such information may reasonably have been believed, that indicated that an activity would

take place, that would constitute a violation of Title 18, United States Code, Chapter 10, possession and transfer of a biological agent or toxin for use as a weapon in violation of Section 175(a). Specifically, the Defendant mailed a letter addressed to a family in Livingston, Madison County, Illinois 62058, and containing a whitish, granular substance and falsely represented that the contained substance was harmful, specifically: "YOUR HANDS ARE ON FIRE," "YOU NOW HAVE ADECEASE [sic]," and "GO TO THE HOSPITAL NOW"; all in violation of Title 18, United States Code, Section 1038(a)(1).

**A TRUE BILL**


FOREPERSON

_____
WILLIAM E. COONAN
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: $10,000 secured